IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAREY LAMONT CHILDS, | ) |
| Plaintiff, | ) |
| v. | ) CV 02-PT-859-E |
| DEPUTY PRESTIGE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 6, 2002, recommending that all claims against Calhoun County Jail, as well as the threat claims against defendant Prestige be dismissed. It was further recommended that plaintiff's excessive force claims against defendant Prestige be referred to the magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be ADOPTED and the magistrate judge's recommendation is due to be ACCEPTED. Accordingly, all of plaintiff's claims in this action except the excessive force claims against defendant Prestige are due to be DISMISSED pursuant to 28 U.S.C. § 1915A(b), and the excessive force claims against defendant Prestige are due to be REFERRED to magistrate judge John E. Ott for further proceedings.

DATED this 25th day of July, 2002.

ROBERT B. PROPST
SENIOR JUDGE