IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAREY LAMONT CHILDS, | ) |
| Plaintiff, | ) |
| v. | ) CV 02-PT-859-E |
| DEPUTY PRESTIGE, | ) |
| Defendant. | ) |

### MEMORANDUM OF OPINION

This is a civil action pursuant to 42 U.S.C. § 1983 filed by the plaintiff, Carey Childs, on April 25, 2002, alleging that his constitutional rights were violated while he was incarcerated in Calhoun County Jail, in Anniston, Alabama. In his *pro se* complaint, plaintiff names Deputy Prestridge as a defendant.[1] He contends that defendant Prestridge subjected him to excessive force. As compensation for the alleged constitutional violation, plaintiff seeks monetary relief. On November 21, 2002, the magistrate judge entered a report and recommendation, recommending that summary judgment be granted to defendant Prestridge. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's findings of fact and conclusions of law are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The Court finds that the defendant's motion for summary judgment is due to be GRANTED as follows:

---

[1] Plaintiff named Calhoun County Jail as a defendant and alleged an additional claim against Deputy Prestridge in his original complaint. However, the Jail and the additional claim were dismissed by the undersigned on July 25, 2002, pursuant to 28 U.S.C. § 1915A.



1. The Court EXPRESSLY FINDS that there are no genuine issues of material fact showing that defendant Prestridge subjected the plaintiff to excessive force. Therefore, defendant Prestridge is entitled to judgment as a matter of law. Accordingly, the motion for summary judgment filed by defendant Prestridge is due to be GRANTED and this claim is due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DATED this 2nd day of Jan., 2003.

ROBERT B. PROPST
SENIOR JUDGE